# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| JOHN NORTHRUP, Individually and on behalf of a Class of Similarly Situated Individuals<br><br>Plaintiff,<br><br>v.<br><br>ITG INSURANCE AGENCY LLC INDEPENDENT TRUCKERS GROUP, AND HALLMARK FINANCIAL SERVICES, INC.<br><br>Defendants. | Civil Action No. 8:17-cv-01890-CEH-JSS<br><br><br>**JURY TRIAL** |

### DEFENDANT INDEPENDENT TRUCKERS GROUP'S
### MOTION AND INCORPORATED MEMORANDUM OF LAW TO DISMISS OR, ALTERNATIVELY, TO QUASH THE PURPORTED SERVICE OF THE COMPLAINT

Defendant, Independent Truckers Group, ("Independent Truckers") moves to dismiss or, alternatively, to quash the purported service of Plaintiff's Complaint pursuant to FED.R.CIV.P. 12(b)(5) and respectfully shows as follows:

### CONCISE STATEMENT OF REQUESTED RELIEF

1. Independent Truckers seeks entry of an Order dismissing or, alternatively, quashing the purported service of Plaintiff's Complaint because process was insufficient pursuant to Rule 4 of the Federal Rules of Civil Procedure.

### BASIS FOR RELIEF REQUESTED AND MEMORANDUM OF LAW

2. Service of process must be satisfied before a federal court may exercise jurisdiction over a defendant. *See Pardazi v. Cullman Med. Ctr.*, 896 F.2d 1313, 1317 (11th Cir. 1990).

3. Rule 4 of the Federal Rules of Civil Procedure sets forth the requirements for summons and service of process on a corporate entity, like and including Independent Truckers.

FED.R.CIV.P. 4(h)(1) (for service of process to be effective, the summons must be upon "an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process" for the named party).

4. Where service of process is insufficient, Rule 12(b)(5) authorizes district courts to either dismiss the complaint or to quash the service and require the plaintiff to re-attempt service of process. *Grisales v. Ocala Nat'l Bank*, No. 5:13-cv-84-Oc-10PRL, 2013 WL 12155961, at *6 (M.D. Fla. May 16, 2013).

5. As discussed in more detail below, service of process was insufficient here because it was not "deliver[ed] . . . to an officer, manager or general agent, or any other agent authorized by appointment or by law to receive service [of Independent Truckers]." *See* FED.R.CIV.P. 4(h)(1).

6. On August 17, 2017, a summons for the above referenced action was served by an unknown individual upon Kristen Oakley. *See* the Declaration of Kristen Oakley at ¶ 2, which is attached to this motion to quash as **Exhibit 1** (hereinafter referred to as the "Oakley Decl."); *see also* Purported Return of Service for Independent Truckers [D.E. 7], which is attached to the Oakley Decl. as Exh. B.

7. Contrary to the return of service, Ms. Oakley is not a "Vice President" at ITG and she did not identify herself as such. *See* **Exhibit 1** (Oakley Decl.) at ¶ 3. Likewise, Ms. Oakley does not meet any of the other potential criteria necessary in order for any attempted service upon her to be effective on Independent Truckers. Specifically, she is not an employee, officer, or authorized agent for any purpose of Independent Truckers. *Id.*

2

## CONCLUSION

8. Accordingly, Plaintiff's service of process on Ms. Oakley is insufficient to constitute proper service upon Independent Truckers. *See* FED.R.CIV.P. 4(h)(1).

WHEREFORE, Defendant, Independent Truckers Group, respectfully requests entry of an Order dismissing Plaintiff's Complaint or, alternatively, quashing the purported service on it in this matter pursuant to FED.R.CIV.P. 12(b)(5) and awarding Independent Truckers any other relief deemed appropriate.

    Respectfully submitted,
    **PLATT CHEEMA RICHMOND PLLC**
    1201 N. Riverfront Blvd., Suite 150
    Dallas, Texas 75207
    214.559.2700 Main
    214.559.4390 Fax

    By: */s/ Bill S. Richmond*
        WILLIAM S. RICHMOND, *PRO HAC VICE*
        Texas State Bar No. 24066800
        brichmond@pcrfirm.com

        and

    SHAPIRO BLASI WASSERMAN & HERMANN, P.A.
    7777 Glades Road, Suite 400
    Boca Raton, FL 33434
    Tel.:   (561) 477-7800
    Fax:   (561) 477-7722

    By: */s/ David J. DePiano*
        DAVID J. DePIANO, ESQ.
        Florida Bar No. 0055699

    **COUNSEL FOR DEFENDANT**
    **INDEPENDENT TRUCKERS GROUP**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28<u>th</u> day of September, 2017, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's ECF system.

*/s/ David J. DePiano*