UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN NORTHRUP,

    Plaintiff,

v.                                              Case No: 8:17-cv-1890-T-36JSS

INDEPENDENT TRUCKERS GROUP,
INC., DAVID E LINDSEY, AGENTRA,
LLC, HOORAY HEALTH, LLC and
MYHEALTHPASS, LLC,

    Defendants.
_____/

# **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Julie S. Sneed on October 13, 2017 (Doc. 25). In the Report and Recommendation, Magistrate Judge Sneed recommends that Defendant Independent Truckers Group, Inc.'s Motion to Dismiss or, Alternatively, Quash the Purported Service of the Complaint (Doc. 18) be denied as moot. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 25) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Defendant Independent Truckers Group, Inc.'s Motion to Dismiss or, Alternatively, Quash the Purported Service of the Complaint (Doc. 18) is **DENIED** as moot

**DONE AND ORDERED** at Tampa, Florida on October 30, 2017.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Julie S. Sneed
Counsel of Record