IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO. 8:17-cv-01890-CEH-JSS

JOHN NORTHRUP, Individually and on behalf
of a Class of Similarly Situated Individuals,

    Plaintiff,

vs.

David E. Lindsey; Independent Truckers Group, Inc.;
Agentra, LLC; Hooray Health, LLC; and
MyHealthPass, LLC

    Defendants.
_____/

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE
TO RESPOND TO SUMMARY JUDGMENT MOTION**

Plaintiff John Northrup, on behalf of himself and all others similarly situated, moves to extend his deadline to respond to Defendants' Motion for Summary Judgment. In support, Plaintiff states as follows:

1. Defendants filed their Motion for Summary Judgment on June 26, 2018, making Plaintiff's deadline to respond July 10, unless otherwise ordered by the Court. (Doc. 64.)

2. Good cause exists for this extension because Plaintiff's counsel and his wife have their summer vacation scheduled from July 2 through July 9. Accordingly, Plaintiff requests a 2-week extension, which would move the July 10 deadline to July 24.

3. This extension should not impact any other deadlines in this case. (*See* Case Management and Scheduling Order, Docket No. 48, setting deadline to complete discovery at February 8, 2019 and deadline for dispositive motions at March 8, 2019.)

4. This motion is being filed in order to allow Plaintiff sufficient time to respond to

Defendants' motion, accommodating Plaintiff's counsel's vacation plans, and not for the purpose of delay or any other improper purpose. Defendants do not oppose this extension.

**WHEREFORE**, Plaintiff requests that the Court extend Plaintiff's deadline to respond to Defendants' Summary Judgment Motion from July 10 to July 24, 2018, and for such other relief as is justified.

Dated:  June 27, 2018

Respectfully submitted,

/s/ Cory S. Fein
Cory S. Fein (*Pro Hac Vice)*
E-mail: cory@coryfeinlaw.com
CORY FEIN LAW FIRM
712 Main St., #800
Houston, TX  77002
Telephone:  (281) 254-7717
Facsimile:  (530) 748-0601

Seth M. Lehrman (Fla. Bar No. 132896)
E-mail: seth@pathtojsutice.com
FARMER, JAFFE, WEISSING,
EDWARDS FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Telephone: (954) 524-2820
Facsimile: (954) 524-2822

*Attorneys for Plaintiff*

### CERTIFICATE OF CONFERENCE

I hereby certify that on June 26, 2018, I conferred with counsel for Defendants as to whether they were opposed to this motion and they are not opposed.

/s/ Cory S. Fein
Cory S. Fein

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 27, 2018 this motion was served via this Court's ECF system and thereby served on all counsel of record.

                                          /s/ Cory S. Fein
                                          Cory S. Fein