# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| John Northrup, Individually and on behalf of a Class of Similarly Situated Individuals<br><br>Plaintiff,<br><br>v.<br><br>Innovative Health Insurance Partners, LLC, CyberX Group, LLC, David E. Lindsey; and Independent Truckers Group, Inc.;<br><br>Defendants. | Civil Action No. 8:17-cv-01890-CEH-JSS |

## MEDIATOR'S REPORT TO COURT

Please be advised that the above styled case was mediated on March 25, 2019. While the case did not settle and the parties and their counsel are prepared to proceed toward a litigated resolution, I remain committed to achieve a negotiated resolution at such time hereafter as it may be deemed mutually appropriate.

Respectfully submitted,

Rodney A. Max

**UPCHURCH WATSON WHITE & MAX**
125 South Palmetto Avenue
Daytona Beach, FL 32114
800-264-2622

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically furnished this 29th day of March, 2019, to the following:

Cory Fein, Esquire
Cory Fein Law Firm
712 Main St., Suite 800
Houston, TX 77002
281-254-7717 / 530-748-0601
cory@coryfeinlaw.com

William Richmond, Esquire
Platt Cheema Richmond PPLC
1201 N. Riverfront Blvd., Suite 150
Dallas, TX 75207
561-477-7800 / 561-477-7722
brichmond@pcrfirm.com

Seth Lehrman, Esquire
Edwards Pottinger LLC
425 North Andrews Avenue, Suite 2
Ft. Lauderdale, FL 33301
954-524-2820 / 954-524-2822
seth@epllc.com

David J. DePiano, Esquire
Shapiro Blasi Wasserman & Hermann, P.A.
7777 Glades Road, Suite 400
Boca Raton, FL 33434
561) 477-7800 / (561) 477-7722
ddepiano@sbwh.law

RODNEY A. MAX