EXHIBIT B

If you view the [ Full Docket ] you will be charged for 5 Pages $0.50

**General Docket**
**United States Court of Appeals for the Eleventh Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 17-14077<br>**Nature of Suit:** 3890 Other Statutory Actions<br>John Salcedo v. Alex Hanna, et al<br>**Appeal From:** Southern District of Florida<br>**Fee Status:** Fee Paid | **Docketed:** 09/13/2017<br>**Termed:** 08/28/2019 |
| **Case Type Information:**<br>  **1)** Private Civil<br>  **2)** Federal Question<br>  **3)** - | |
| **Originating Court Information:**<br>  **District:** 113C-0 : <u>0:16-cv-62480-DPG</u><br>  **Civil Proceeding:** Darrin P. Gayles, U.S. District Judge<br>  **Secondary Judge:** William C. Turnoff, U.S. Magistrate Judge<br>  **Date Filed:** 10/20/2016<br>  **Date NOA Filed:**<br>09/13/2017 | |

EXHIBIT B

| | | |
|---|---|---|
| 08/26/2019 | | AMENDED Certificate of Interested Persons and Corporate Disclosure Statement filed by Richard J. Ovelmen for Appellants Alex Hanna and Law Offices of Alex Hanna, P.A. Attorney Richard J. Ovelmen for Appellants Alex Hanna and Law Offices of Alex A.Hanna, P.A.. On the same day the CIP is served, the party filing it must also complete the court's web-based stock ticker symbol certificate at the link here http://www.ca11.uscourts.gov/web-based-cip or on the court's website. See 11th Cir. R. 26.1-2(b). [17-14077] (ECF: Richard Ovelmen) [Entered: 08/26/2019 06:44 PM] |
| 08/28/2019 | | Judgment entered as to Appellants Alex Hanna and Law Offices of Alex A.Hanna, P.A.. [Entered: 08/28/2019 12:45 PM] |
| 08/28/2019 | | Opinion issued by court as to Appellants Alex Hanna and Law Offices of Alex A.Hanna, P.A.. Decision: Reversed and Remanded. Opinion type: Published. Opinion method: Signed. The opinion is also available through the Court's Opinions page at this link http://www.ca11.uscourts.gov/opinions. [Entered: 08/28/2019 12:49 PM] |
| 09/04/2019 | | Bill of costs filed by Attorney Daniel Frederick Blonsky for Appellants Alex Hanna and Law Offices of Alex A.Hanna, P.A.. [17-14077] (ECF: Daniel Blonsky) [Entered: 09/04/2019 03:48 PM] |
| 09/09/2019 | | Signed Approved Bill of costs filed by Attorney Daniel Frederick Blonsky for Appellants Alex Hanna and Law Offices of Alex A.Hanna, P.A.. [Entered: 09/09/2019 03:48 PM] |
| 09/18/2019 | | Petition for rehearing en banc (with panel rehearing) filed by Appellee John Salcedo. [17-14077] (ECF: Rebecca Smullin) [Entered: 09/18/2019 05:20 PM] |
| 09/20/2019 | | Received paper copies of E-PFR filed by Appellants Alex Hanna and Law Offices of Alex A.Hanna, P.A.. [Entered: 09/23/2019 12:30 PM] |
| 09/25/2019 | | APPEARANCE of Counsel Form filed by Tara Twomey for Consumer Federation of America, Electronic Privacy Information Center, National Association of Consumer Advocates and National Consumer Law Center [17-14077] (ECF: Tara Twomey) [Entered: 09/25/2019 04:24 PM] |
| 09/25/2019 | | *FILED IN ERROR* *MOTION for leave to file amicus brief in support of rehearing pursuant to FRAP 29(a) filed by Tara Twomey for Consumer Federation of America, Electronic Privacy Information Center, National Association of Consumer Advocates, and National Consumer Law Center. [8890318-1] [17-14077]--[Edited 09/26/2019 by TAT] (ECF: Tara Twomey) [Entered: 09/25/2019 04:28 PM]* |
| 09/25/2019 | | *MOTION for leave to file amicus brief in support of rehearing pursuant to FRAP 29(a) filed by Tara Twomey for Consumer Federation of America, Electronic Privacy Information Center, National Association of Consumer Advocates, and National Consumer Law Center. [8890347-1] [17-14077] (ECF: Tara Twomey) [Entered: 09/25/2019 04:37 PM]* |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/08/2019 17:39:41 | | | |
| **PACER Login:** | coryfein | **Client Code:** | |
| **Description:** | Case Summary | **Search Criteria:** | 17-14077 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

EXHIBIT B